UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CARLOS HUERTA HOMES IN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02653-JRS-TAB |
| | ) | |
| MORRIS INVEST, LLC, | ) | |
| CLAYTON MORRIS, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

The Court has been advised by counsel that a settlement has been reached in this action.

Therefore, any pending motions are denied as moot, and all previously ordered dates relating to

discovery, filings, schedules, conferences and trial, if any, are vacated.  Parties shall file a

stipulation of dismissal within 45 days.

Dated:  11/2/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email