IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARLOS HUERTA HOMES IN, LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-02653-JRS-TAB |
| | ) |
| MORRIS INVEST and CLAYTON MORRIS, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, all claims in the above-captioned matter are hereby dismissed, with prejudice, with each party to bear his or its own costs, attorneys' fees, and costs.

SO ORDERED.

Date: 12/7/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution List: Service will be made electronically on all registered counsel of record via email generated by the Court's ECF system.